LINDA A. TRIPOLI, ESQ. (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, California 94920
Telephone:  (415) 380-8822
Facsimile:    (415) 380-8868
E-mail: linda@tripolilaw.com

Attorney for Defendant
EAST BAY REGIONAL PARK DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABE DELFRE, | Case No.:  C08-02827 EMC |
| Plaintiff, | **DEFENDANT'S ANSWER TO COMPLAINT** |
| v. | |
| EAST BAY REGIONAL PARK DISTRICT (EBRPD) and DOES 1 to 30, | |
| Defendants. | |

Defendant EAST BAY REGIONAL PARK DISTRICT answering the Complaint for Harassment, Distress, Breach of Public Policy and Contract (hereafter "Complaint"), admits, denies and affirmatively alleges as follows:

1.     Answering Paragraph 5 of the Complaint, Defendant admits the allegation contained therein.

2.     Answering Paragraph 6 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

3.     Answering Paragraph 8 of the Complaint, Defendant admits the allegations contained therein.

4. Answering Paragraphs 9, 10 and 11 of the Complaint, Defendant denies the allegations contained therein.

5. Answering Paragraph 1 of the "General Allegations" of the Complaint, Defendant denies the allegation contained therein.

6. Answering Paragraph 2 of the "General Allegations" of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7. Answering Paragraph 3 of the "General Allegations" of the Complaint, Defendant admits the allegations contained therein.

8. Answering Paragraph 4 of the "General Allegations" of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9. Answering Paragraphs 5 through 48 of the "General Allegations" of the Complaint, Defendant denies the allegations contained therein.

10. Answering Paragraphs 49 and 50 of the "General Allegations" of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## ANSWER TO FIRST CAUSE OF ACTION
### (DISCRIMINATION BASED ON DISABILITY)

11. Answering Paragraph 1 of the First Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 10 of this Answer as if fully set forth in this Paragraph.

12. Answering Paragraphs 2 through 18 of the Complaint, Defendant denies the allegations contained therein.

/ / /

/ / /

/ / /

## ANSWER TO SECOND CAUSE OF ACTION

## (DISCRIMINATION BASED ON ETHNICITY)

13. Answering Paragraph 1 of the Second Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 12 of this Answer as if fully set forth in this Paragraph.

14. Answering Paragraphs 2 through 15 of the Second Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## ANSWER TO THIRD CAUSE OF ACTION

## (HARASSMENT AND RETALIATION)

15. Answering Paragraph 1 of the Third Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 14 of this Answer as if fully set forth in this Paragraph.

16. Answering Paragraphs 2 through 10 of the Third Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## ANSWER TO FOURTH CAUSE OF ACTION

## (WRONGFUL TERMINATION AGAINST PUBLIC POLICY)

17. Answering Paragraph 1 of the Fourth Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 16 of this Answer as if fully set forth in this Paragraph.

18. Answering Paragraph 2 of the Fourth Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## ANSWER TO FIFTH CAUSE OF ACTION

## (DENIAL OF ADMINISTRATIVE DUE PROCESS)

19. Answering Paragraph 1 of the Fifth Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 18 of this Answer as if fully set forth in this Paragraph.

20. Answering Paragraph 2 of the Fifth Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## ANSWER TO SIXTH CAUSE OF ACTION

## (BREACH OF EMPLOYMENT CONTRACT)

21. Answering Paragraph 1 of the Sixth Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 20 of this Answer as if fully set forth in this Paragraph.

22. Answering Paragraphs 2 through 3 of the Sixth Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## ANSWER TO SEVENTH CAUSE OF ACTION

## (BREACH OF SETTLEMENT AGREEMENT)

23. Answering Paragraph 1 of the Seventh Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 22 of this Answer as if fully set forth in this Paragraph.

24. Answering Paragraph 2 through 3 of the Seventh Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## ANSWER TO EIGHTH CAUSE OF ACTION

## (GENERAL NEGLIGENCE)

25. Answering Paragraph 1 of the Eighth Cause of Action of the Complaint, Defendant repeats and incorporates by reference Paragraphs 1 through 24 of this Answer as if fully set forth in this Paragraph.

26. Answering Paragraph 2 of the Eighth Cause of Action of the Complaint, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

As an affirmative defense to each and every one of Plaintiff's causes of action, Defendant avers that Plaintiff fails to state facts sufficient to state a claim against Defendant.

/ / /

/ / /

## SECOND AFFIRMATIVE DEFENSE

(Good Cause)

As an affirmative defense to each and every one of Plaintiff's causes of action, Defendant avers that Plaintiff's claims are barred because all decisions related to Plaintiff's employment were a just and proper exercise of management discretion based on legitimate, nondiscriminatory reasons, which were undertaken for fair and honest reasons regulated by good faith under the circumstances then existing.

## THIRD AFFIRMATAIVE DEFENSE

(Immunity)

As an affirmative defense to each and every one of Plaintiff's causes of action, Defendant avers that it is immune from liability under Government Code §815(a) and *Monell v. Department of Social Services,* 436 U.S. 658, 691 (1978).

## FOURTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

As an affirmative defense to each and every one of Plaintiff's cause of action, Defendants aver that Plaintiff's claims, in whole or in part, are barred by the applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

(Failure to Exhaust Administrative Remedy)

As an affirmative defense to each and every one of Plaintiff's causes of action, Defendant avers that Plaintiff's claims are barred by reason of Plaintiff's failure to exhaust administrative remedies, including but not limited to administrative remedies available with the California Department of Fair Employment and Housing and the United States Equal Employment Opportunity Commission.

## SIXTH AFFIRMATIVE DEFENSE

(Failure to Exhaust Administrative Remedy)

As an affirmative defense to each and every one of Plaintiff's causes of action, Defendant avers that Plaintiff's claims are barred by reason of Plaintiff's failure to exhaust administrative remedies under the California Governmental Tort Claims Act, Government Code § 945.4.

## SEVENTH AFFIRMATIVE DEFENSE

(Exclusivity of Workers' Compensation Act)

As an affirmative defense to each and every one of Plaintiff's causes of action, Defendant avers that Plaintiff's claims are barred, in whole or in part, by the California Workers' Compensation Act which provides Plaintiff's exclusive remedy for claims of emotional distress arising out of his employment.

WHEREFORE, Defendant prays that:

1. The Complaint be dismissed in its entirety with prejudice, and Plaintiff take nothing by this action;

2. That the Court issue Judgment in favor of Defendant;

3. That Defendant be awarded their costs of suit, including attorneys' fees and such other relief as the Court may deem just and proper.

DATED: June 11, 2008.

LINDA A. TRIPOLI
Attorney at Law

_____/S/_____
Attorney for Defendant
EAST BAY REGIONAL PARK DISTRICT

1 **CERTIFICATE OF SERVICE**

2 **STATE OF CALIFORNIA, COUNTY OF MARIN**

3   I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Blackfield Drive, No. 403, Tiburon, CA 94920. On June 11, 2008, I served the following document(s) by the method indicated below:

**DEFENDANT'S ANSWER**

    by transmitting **via facsimile** on this date from fax number (415) 380-8868 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.

    by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Tiburon, California addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

    by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below.

X    by **e-mailing** the document(s) listed above to the person(s) at the following e-mail address: sierralaw@gmail.com

    by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

    By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

David L. Axelrod
Sierra Law Office of David L. Axelrod
91 No. Washington Street, Suite B
Sonora, CA 95370
E-mail address: sierralaw@gmail.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2008, at Tiburon, California.

                       /S/
                      Linda A. Tripoli

---

DEFENDANT'S ANSWER TO COMPLAINT
Case No. C08-02827 EMC              -7-