LINDA A. TRIPOLI, ESQ. (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, CA 94920
Telephone: (415)380-8822
Facsimile: (415)380-8868
E-mail: linda@tripolilaw.com

Attorney for Defendant
EAST BAY REGIONAL PARK DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABE DELFRE | Case No. C08-02827 EMC |
| Plaintiff, | |
| v. | |
| EAST BAY REGIONAL PARK DISTRICT (EBRPD) and DOES 1 to 30, | |
| Defendants. | |
| _____/ | |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 29, 2008

_____
LINDA A. TRIPOLI
Attorney for Defendant
EAST BAY REGIONAL PARK DISTRICT

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF MARIN**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Blackfield Drive, No. 403, Tiburon, CA 94920. On July 29, 2008, I served the following document(s) by the method indicated below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

   X   by **e-mailing** the document(s) listed above to the person(s) at the following e-mail address: sierralaw@gmail.com

David L. Axelrod
Sierra Law Office of David L. Axelrod
91 No. Washington Street, Suite B
Sonora, CA 95370
Fax: 209/533-4270

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 29, 2008 at Tiburon, California.

*/s/ Linda A. Tripoli*
Linda A. Tripoli