Sierra Law Office of
DAVID L. AXELROD
91-B No. Washington St.
Sonora, CA 95370

David L. AXELROD, SBN 138790
Attorney for GABE DELFRE, Plaintiff

FILED
08 AUG -4 PM 1:52

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GABE DELFRE

   Plaintiff,

v.

EAST BAY REGIONAL PARK DISTRICT
(EBRPD) and DOES 1 to 30,

   Defendants.

Case No. C08-02827 EMC SI

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/29/08

Signature

Counsel for: Gabe Delfre
(Name of party or indicate "pro se")

## PROOF OF SERVICE BY MAIL – CCP §§1013A, 2015.5

I declare as follows: I am employed in Sonora, Tuolumne County, California. I am over the age of eighteen years and not a party to the within-entitled cause. My business address is 91 No. Washington Street, Suite B, Sonora, California 95370.

On July 31, 2008, I served the following documents:

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE;**

**RE: GABE DELFRE v. EAST BAY REGIONAL PARK DISTRICT (EBRPD)– Alameda County Superior Court Case No. 08385767, US Dist. Court Case No. CV O82827-EMC,**

on the other party in said cause by placing a true copy thereof enclosed in a sealed envelope for collection and processing for mailing, with postage thereon fully prepaid, following this office's ordinary practice with which I am readily familiar, to be deposited that day in the ordinary course of business in the U.S. Mail at Sonora, California, addressed as follows:

To:  LINDA A. TRIPOLI, Esq.,
Attorney at Law,
One Blackfield Drive, No. 403,
Tiburon, CA  94920

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 31, 2008, at Sonora, Tuolumne County, California.

DAVID L. AXELROD, Attorney
(Type or print name)                   (Signature of Declarant)

SIERRA LAW OFFICE of DAVID L. AXELROD
103 So. Shepherd Street, Suite A
Sonora, CA  95370