LINDA A. TRIPOLI, ESQ. (SBN 100389)
Attorney at Law
One Blackfield Drive, No. 403
Tiburon, California 94920
Telephone: (415) 380-8822
Facsimile: (415) 380-8868
E-mail: linda@tripolilaw.com

Attorney for Defendant
EAST BAY REGIONAL PARK DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABE DELFRE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EAST BAY REGIONAL PARK DISTRICT (EBRPD) and DOES 1 to 30,<br><br>　　　　Defendants. | Case No.: C08-02827 SI<br><br>**STIOPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff and Defendant hereby jointly request and stipulate to the continuance of the Initial Case Management Conference in this matter, currently scheduled for October 2, 2008 until November 7, 2008 at 2:00 p.m. This request and stipulation is made necessary due to an illness and death in Defendant's counsel's family.

Dated: October 1, 2008.

By: /s/
David L. Axelrod
Attorney at Law
Attorney for Plaintiff

Dated: October 1, 2008.

By:
Linda A. Tripoli
Attorney at Law
Attorney for Defendants

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C08-02827 SI　　　　-1-

1 **ORDER**

2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Initial Case
3 Management Conference currently scheduled for October 2, 2008 be continued to November 7,
4 2008 at 2:00 p.m.

5 Dated:

By: _____
SUSAN ILLSTON
United States District Judge

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF MARIN**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Blackfield Drive, No. 403, Tiburon, CA 94920. On October 1, 2008, I served the following document(s) by the method indicated below:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

by transmitting **via facsimile** on this date from fax number (415) 380-8868 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.

by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Tiburon, California addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below.

X  by **e-mailing** the document(s) listed above to the person(s) at the following e-mail address: sierralaw@gmail.com

by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

David L. Axelrod
Sierra Law Office of David L. Axelrod
91 No. Washington Street, Suite B
Sonora, CA 95370
E-mail address: sierralaw@gmail.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 1, 2008 at Tiburon, California.

/S/
Linda A. Tripoli

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C08-02827 SI           -3-