IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE DELFRE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EAST BAY REGIONAL PARK,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　/ | No. C 08-02827 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: JANUARY 23, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 3, 2009.

DESIGNATION OF EXPERTS: 5/18/09; REBUTTAL: 6/5/09.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 19, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by April 3, 2009;

　　Opp. Due April 17, 2009; Reply Due April 24, 2009;

　　and set for hearing no later than May 8, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 7, 2009 at 3:30 PM.

COURT TRIAL DATE: July 20, 2009 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall be completed by 1/2/09.
Plaintiff informed the Court that he has been unable to complete his registration to the e.filing program. The Court directed plaintiff to contact the ECF help line immediately.
Plaintiff may file a motion for leave to amend the complaint if necessary.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge