1 DAVID L. AXELROD, Esq.
California State Bar No. 138790
2 Sierra Law Office of David L. Axelrod
87 N. Washington Street,
3 Sonora, CA 95370
(209) 533-4270
4
Attorney for the Plaintiff, GABRIEL J. DELFRE, JR.
5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 GABRIEL J. DELFRE, JR., | Case No. C08-02827-~~EMC~~ SI
Plaintiff,
13 | STIPULATION OF THE PARTIES
14 vs. | AFTER SETTLEMENT, AND
EAST BAY REGIONAL PARK
15 DISTRICT (EBRPD), | [~~PROPOS~~ED] ORDER
16 Defendant

17 TO THE COURT, AND TO ALL OTHER INTERESTED PARTIES:

18 **STIPULATION OF THE PARTIES AFTER SETTLEMENT**

19 WHEREAS, the parties hereto, Plaintiff GABRIEL J. DELFRE, JR. and Defendant EAST

20 BAY REGIONAL PARK DISTRICT (EBRPD) settled the above-captioned matter through

21 mediation conducted on January 6, 2009, in Walnut Creek, California, and a written

22 Mediation Agreement was executed that day by authorized representatives of both parties; and

23

24 1

25

WHEREAS, a final Settlement Agreement and General Release of All Claims, was drafted in accordance with the written Mediation Agreement, approved by both parties, and executed by the Plaintiff, GABRIEL J. DELFRE, JR.; by his attorney, DAVID L. AXELROD; by PAT O'BRIEN, General Manager of Defendant EAST BAY REGIONAL PARK DISTRICT (EBRPD); and by TED C. RADOSEVICH, District Counsel of EAST BAY REGIONAL PARK DISTRICT (EBRPD); and

WHEREAS, pursuant to both the Mediation Agreement and the Settlement Agreement and General Release of All Claims, Plaintiff GABRIEL J. DELFRE, JR. duly requested and caused the above-captioned civil action to be dismissed with prejudice; and

WHEREAS, among its various provisions, the Settlement Agreement and General Release of All Claims stated in pertinent part the following: "As further consideration for this release, Delfre's dismissal of the Action with prejudice, and other promises made in this Agreement, the District will waive Delfre's refund of unemployment benefits per the District's appeal of the Employment Development Department decision to award such benefits to Delfre and stipulate accordingly as necessary." Settlement Agreement and General Release of All Claims, at page 2, section 10; and

WHEREAS, despite the foregoing agreement, the California Employment Development Department (EDD) has commenced and continued effort to collect the refund of unemployment benefits from GABRIEL J. DELFRE, JR., and has expressed or implied that it will cease such collection efforts only if ordered by a court to do so; and

WHEREAS, the undersigned parties seek, in good faith, to effectuate and realize all their respective binding commitments, undertakings and obligations, as agreed;

2

DAVID L. AXELROD, Attorney
87 N. Washington Street
Sonora, CA 95370

THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The EAST BAY REGIONAL PARK DISTRICT (EBRPD) hereby expressly waives the refund by GABRIEL J. DELFRE, JR., of unemployment benefits per the District's appeal of the Employment Development Department decision to award such benefits to Mr. DELFRE.

2. Accordingly, no further or continuing collection action should be undertaken by the parties hereto, or any other person or agency, to collect the refund from or on behalf of GABRIEL J. DELFRE, JR. of any unemployment benefits Mr. DELFRE had received in connection with his former employment by and for the EAST BAY REGIONAL PARK DISTRICT.

IT IS SO STIPULATED.

Dated: April 1, 2013                    Dated: May 27, 2013

_____          _____
**DAVID L. AXELROD,**                    **TED C. RADOSEVICH,**
Attorney for the Plaintiff,              District Counsel for the Defendant,
GABRIEL J. DELFRE, JR.                   EAST BAY REGIONAL PARK DISTRICT

### ORDER

The foregoing Stipulation of the Parties After Settlement having been submitted to the above-entitled Court, and having been read, reviewed and considered by the Court, and good cause appearing therefor;

IT IS SO ORDERED.

DATED: _____5/5/15_____

_____
**JUDGE OF THE U.S. DISTRICT COURT**

3

DAVID L. AXELROD, Attorney
87 N. Washington Street
Sonora, CA 95370